IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ELIZABETH MARQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-19-CV-341-KC |
| | § | |
| TE CONNECTIVITY CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## VERDICT FORM

We the jury unanimously find:

### Claim 1: Failure to Accommodate

Did Defendant TE Connectivity Corporation fail to reasonably accommodate Plaintiff Elizabeth Marquez's disability?

    __X__ Yes      _____ No

### Claim 2: Discrimination

Has Plaintiff Elizabeth Marquez proved that Defendant TE Connectivity Corporation terminated her employment because of her disability?

    __X__ Yes      _____ No

### Claim 3: Retaliation (ADA)

Has Plaintiff Elizabeth Marquez proved that she would not have been terminated but for her request for a reasonable accommodation?

    _____ Yes      __X__ No

27

## **Claim 4: Retaliation (TCHRA)**

Has Plaintiff Elizabeth Marquez proved that she would not have been terminated but for alerting Defendant to her reasonable belief that Defendant was engaging in possibly unlawful discrimination?

    __X__ Yes      _____ No

Dated this __18__ day of August, 2022, at El Paso, Texas.