IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ELIZABETH MARQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-19-CV-341-KC |
| | § | |
| TE CONNECTIVITY | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## VERDICT FORM

We the jury unanimously find:

### Question 1: Actual Damages

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Elizabeth Marquez for the damages, if any, you have found Defendant TE Connectivity Corporation caused Plaintiff?

Answer in dollars and cents for the following items and none other:

a.  Past mental anguish.

$ __326,250.00__


b.  Future mental anguish.

$ __1,875.00__


c.  Wages and benefits from the date Plaintiff was denied a reasonable accommodation until August 24, 2022.

$ __143,589.04__

22

Proceed to Question 2.

### Question 2: Mitigation

a. Do you find that Plaintiff Elizabeth Marquez failed to reduce her damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date she was denied a reasonable accommodation?

_____ Yes        __X__ No

If you answered Yes to Question 2a, proceed to Question 2b. If you answered No to Question 2a, proceed to Question 3

b. How much would Plaintiff Elizabeth Marquez have earned from the date she was denied a reasonable accommodation, until August 24, 2022, had she exercised reasonable diligence under the circumstances to minimize her damages?

$ __N/A__

Proceed to Question 3.

### Question 3: Punitive Damages

a. Do you find that Plaintiff Elizabeth Marquez should be awarded punitive damages?

__X__ Yes        _____ No

If you answered Yes to Question 3a, proceed to Question 3b. If you answered No to Question 3a, stop.

b. What sum of money should be assessed against Defendant TE Connectivity Corporation as punitive damages?

$ __3,262,500.00__

Dated this __24th__ day of August, 2022, at El Paso, Texas.