**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **ELIZABETH MARQUEZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | **CAUSE NO. EP-19-CV-341-KC** |
| § | |
| **TE CONNECTIVITY** § | |
| **CORPORATION,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

In accordance with the August 18, 2022, Jury Verdict, ECF No. 73, the August 24, 2022, Jury Verdict, ECF No. 87, and the Court's December 7, 2022, Order, ECF No. 126, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that **JUDGMENT** is **ENTERED** in favor of Plaintiff Elizabeth Marquez against Defendant TE Connectivity Corporation. Defendant **SHALL PAY** Plaintiff:

a. Past lost wages and benefits in the amount of **$143,589.04**;

b. Prejudgment interest on past lost wages and benefits in the amount of **$51,054.75**;

c. Future lost wages and benefits in the amount of **$58,759.08**;

d. Damages for past mental anguish in the amount of **$27,258.48**;

e. Damages for future mental anguish in the amount of **$156.66**; and

f. Punitive damages in the amount of **$272,584.86**.

**IT IS FURTHER ORDERED** that all monetary judgments awarded herein shall accrue post-judgment interest at the legal rate prescribed by 28 U.S.C. § 1961, calculated from the date of this Final Judgment.

**SO ORDERED.**

SIGNED this 7th day of December, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE