# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ELIZABETH MARQUEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-19-CV-341-KC |
| | § | |
| **TE CONNECTIVITY** | § | |
| **CORPORATION,** | § | |
| | § | |
| Defendant. | § | |

## SHOW CAUSE ORDER

On this day, the Court considered the above-captioned case. On September 12, 2023, the Court received the United States Court of Appeals for the Fifth Circuit's Judgment and Mandate, ECF No. 136, dismissing the appeal for want of prosecution. The Court had previously ordered Defendant to move to reopen the case within three days of entry of the Fifth Circuit's mandate. *See* Jan. 9, 2023, Order 1, ECF No. 130. That deadline passed and Defendant did not file its motion. The Court then ordered the parties to file a joint notice detailing the remaining matters, if any, to be resolved by the Court no later than September 25, 2023. Sept. 18, 2023, Order 1, ECF No. 137. The parties failed to meet this deadline too.

Accordingly, the Court **ORDERS** the parties to **FILE** a joint notice detailing what matters, if any, remain to be resolved by the Court in this case, **on or before October 4, 2023**.

**IT IS FURTHER ORDERED** that the parties **SHOW CAUSE** for their failure to comply with the Court's September 18, 2023, Order, **on or before October 4, 2023**.

The parties are **WARNED** that failure to respond and show good cause may result in sanctions.

**SO ORDERED**.

SIGNED this 27th day of September, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE