IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ELIZABETH MARQUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-19-CV-341-KC |
| | § | |
| TE CONNECTIVITY CORPORATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Response to Order to Show Cause ("Response"), ECF No. 139. On September 12, 2023, the Court received the United States Court of Appeals for the Fifth Circuit's Judgment and Mandate, ECF No. 136, dismissing the appeal for want of prosecution. The Court had previously ordered Defendant to move to reopen the case within three days of entry of the Fifth Circuit's mandate. *See* Jan. 9, 2023, Order 1, ECF No. 130. When that deadline elapsed and Defendant had not filed a motion to reopen, the Court ordered the parties to file a joint notice detailing what matters, if any, remained to be resolved by the Court by September 25, 2023. *See* Sept. 18, 2023, Order 1, ECF No. 137. That deadline elapsed without word from the parties, so the Court ordered the parties to show cause for their failure to abide by the Court's deadlines and to inform the Court of what matters, if any, remained for the Court to resolve by October 4, 2023. *See* Sept. 27, 2023, Order 1, ECF No. 138. The parties filed their Response on October 3, 2023. The parties indicate that Defendant's counsel, who had previously agreed to file the joint notice with the Court, suffered an unexpected injury and underwent surgery, interfering with his ability to file notice on time. *See* Resp. ¶ 3–4.

Upon due consideration, the Court finds that the parties have shown good cause. The parties state that they have resolved all disputes and that "there are no other open matters for this Court's consideration." Resp. ¶ 6. Accordingly, the case shall remain closed pursuant to the Final Judgment and the Fifth Circuit's dismissal of the appeal from the same.

**SO ORDERED.**

SIGNED this 4th day of October, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE